UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA RINGENBACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21 CV 1400 CDP |
| | ) | |
| DIRECTV, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Without objection from defendants,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend complaint [36] is granted, and plaintiff's amended complaint [36-1] is deemed filed as of this date.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss [30] is denied as moot as it was directed at the original complaint.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of February, 2022.