UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA RINGENBACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21 CV 1400 CDP |
| | ) | |
| DIRECTV, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

After due consideration,

**IT IS HEREBY ORDERED** that defendant's motion to amend the case management order [95] is denied for failure to demonstrate exceptional circumstances required for amendment, except as follows: plaintiff's deposition may take place on November 16, 2022 as agreed; however, plaintiff is under no obligation to respond to discovery requests that were not served 30 days prior to the discovery deadline.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of October, 2022.